TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-01-00533-CR






Magdaleno Medina, Appellant


v.


The State of Texas, Appellee







FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT

NO. B-01-0118-S, HONORABLE BARBARA L. WALTHER, JUDGE PRESIDING




 On May 9, 2002, we abated this appeal and remanded the cause to the trial court for
a hearing on appellant Magdaleno Medina's motion for new trial. The trial court held a hearing on
June 5, and on August 1, we received a supplemental clerk's record containing the trial court's July
15 order granting appellant's motion for new trial. We therefore reinstate and dismiss the appeal.



 

 Jan P. Patterson, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed

Filed: August 8, 2002

Do Not Publish